Josh GRIFFITH, Appellant, v. UNITED STATES of America, Appellee.

No. 5853.

Circuit Court of Appeals, Fifth Circuit.

Dec. 13, 1930.

D. C. Bland, of Orange, Tex., for appellant.

S. D. Bennett, Asst. U. S. Atty., of Beaumont, Tex. (Randolph Bryant, U. S. Atty., of Sherman, Tex., on the brief), for the United States.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

HENRY STEERS, Inc., Appellee, v. DAUNTLESS TOWING LINE, Inc., Appellee, and Morris & Cummings Dredging Co., Appellant.

No. 74.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1930.

Charles W. Hagen and John M. Aherne, both of New York City, for appellant.

William F. Purdy and John E. Purdy, both of New York City, for appellee Henry Steers, Inc.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for appellee Dauntless Towing Line, Inc.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Charles BOSSIE, Appellant, v. THE S. S. HINDUSTAN, Her Engines, etc., and Hindustan Steamshipping Company, Limited, Appellee.

No. 78.

Circuit Court of Appeals, Second Circuit.

Nov. 3, 1930.

Philip A. Brennan, of Brooklyn, N. Y. (Harold R. Medina and William F. McNulty, both of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Vernon S. Jones and Raymond Parmer, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree [37 F.(2d) 932] affirmed.

Otto HUBER, Appellant, v. UNITED STATES of America.

No. 8967.

Circuit Court of Appeals, Eighth Circuit.

July 15, 1930.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed, on petition of counsel for appellee, under Rule 16.